# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MMAS RESEARCH LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>Dana Farber Cancer Institute, Brigham and Women's Hospital Heart and Vascular Center and Harvard Medical School (DOES) 1 through 10, inclusive,<br><br>                Defendant. | CASE NO. 1:25-cv-12356-DJC |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff MMAS Research LLC, hereby voluntarily dismisses this action.

                                                    Respectfully submitted,

                                                    /s/ *A. Neil Hartzell*
                                                    A. Neil Hartzell, BBO #544752
                                                    Freeman Mathis & Gary, LLP
                                                    One Boston Place
                                                    201 Washington Street, Suite 2200
                                                    Boston, MA 02108
                                                    Tel: (617) 963-5966
                                                    neil.hartzell@fmglaw.com

Dated: September 26, 2025

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this day, September 26, 2025.

                                                    /s/ *A. Neil Hartzell*
                                                    A. Neil Hartzell